MICHELE DI LEO, Respondent, v. MAURICE L. A. GELLIS, Appellant.— Order of the County Court of Westchester County denying defendant's motion to retax plaintiff's costs and to amend the judgment, affirmed, with $10 costs and disbursements. No opinion. Johnston, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ., concur.

WILLIAM J. DONOHUE, as Administrator of the Estate of AGNES DONOHUE, Deceased, Respondent, v. DAVID FOX, Appellant.— In an action for (1) the wrongful death, and (2) the pain and suffering of the deceased, judgment in favor of plaintiff and against defendant reversed on the law and the facts and a new trial granted, with costs to abide the event. The jury's verdict was recorded as $12,000 for the plaintiff on the second cause of action, and $775 for hospital, funeral and other expenses under the first cause of action. The complaint, however, demands but $5,000 damages under the second cause of action. There appears from the record to be some question as to whether the jury intended to award the sum of $12,000 as damages in the first cause of action or, perhaps, in both causes of action. In any event, there is an apparent error which cannot now be corrected but could only be the subject of action on a trial. Nolan, P. J., Carswell, Johnston, Wenzel and MacCrate, JJ., concur.

EIGHTH COMBINED CORPORATION, Respondent, v. JOSEPH BERGER, Appellant.— Judgment declaring that the maintenance of an electric advertising sign upon respondent's building is illegal, and enjoining appellant from interfering with its removal in the event that it be not removed by appellant within time therein limited, unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Carswell, Adel, Sneed and Wenzel, JJ.

ALICE J. FINK et al., Respondents, v. JACK W. THOMPSON et al., Appellants.— Plaintiff Alice Fink sues to recover damages for personal injuries, and her father, John R. Fink, for loss of services and expenses. Alice, a passenger in an automobile operated by defendant Thompson, was injured when it ran into the left rear of an automobile operated by defendant Mertens, when the latter stopped, either partly or wholly on a highway in Ontario County, because the lights on his car went out. There was a verdict in favor of plaintiffs against both defendants. Judgment entered on the verdict unanimously affirmed, with costs. The appeal by defendant Mertens from order denying his motion to set aside the verdict, and from the denial of his motion to dismiss the complaint, is dismissed, without costs. No opinion. Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ. [See 275 App. Div. 678.]